UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cr-29-RLY-WGH-08 |
| | ) | |
| KEVIN THOMAS, | ) | |
| aka "Little Larry," "U-da," | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING, IN PART,
## THE MOTION TO QUASH SUBPOENA

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on the Motion to Quash Subpoena filed on January 26, 2009, by the United States of America as to Kevin Thomas.  (Docket No. 231). Defendant's Response to Government's Motion to Quash Subpoena was filed on February 2, 2009.  (Docket No. 238).

The Magistrate Judge, being duly advised, now **GRANTS, in part,** and **DENIES, in part,** the Motion to Quash Subpoena.  The custodian of the records of the Vanderburgh County Jail shall produce, pursuant to the Subpoena, any booking sheet for Kevin Thomas, Date of Birth XX/XX/86, Social Security No. XXX-XX-3221, and any incident reports or other documents which relate to or describe any investigation done by jail personnel surrounding the alleged smuggling of any contraband into the jail by Kevin Thomas between April 1,

2008, and May 15, 2008.  No other materials need be produced pursuant to the

Subpoena.

      **SO ORDERED.**

**Dated:**  February 18, 2009

                                             WILLIAM G. HUSSMANN, JR.
                                                Magistrate Judge

**Copies to:**

Matthew P. Brookman
UNITED STATES ATTORNEY'S OFFICE - EV
Matthew.Brookman@usdoj.gov

Dax Ryan Womack
WOMACK LAW OFFICES
womack@lightpower.net